AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

MARIBEL GONZALEZ QUINTERO,
Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-20-CV-045-VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Commissioner's decision denying the Plaintiff's application for benefits is REVERSED and the matter is REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

03/29/2022
Date

Jeannette J. Clack
Clerk

*J. Sanchez*
(By) Deputy Clerk